UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY B. JONES | * | CIVIL ACTION |
| VERSUS | * | NO. 05-5250 |
| N. BURL CAIN, WARDEN | * | SECTION "F" (6) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Larry B. Jones for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 8ᵗʰ day of March , 2009.

_____
UNITED STATES DISTRICT JUDGE